United States District Court
Southern District of Texas
**ENTERED**
September 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIGUEL ANGEL RAMIREZ HERNANDEZ, Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:26-5210 |
| WARDEN, MONTGOMERY PROCESSING CENTER, *et al.* Respondents. | § | |

# ORDER OF DISMISSAL

Petitioner Miguel Angel Ramirez Hernandez filed this habeas petition when detained in the custody of officials with Immigration and Customs Enforcement (ICE). On August 7, 2026, the court ordered the respondents to answer (Dkt. 4). The respondents moved to dismiss and state that the petitioner was removed from the United States on July 11, 2026. *See* Dkt. 5.

Because the petitioner is no longer in the respondents' custody, the relief sought by the petitioner is moot. *See Ctr. for Biological Diversity, Inc. v. BP Am. Prod. Co*., 704 F.3d 413, 425 (5th Cir. 2013); *Rocky v. King*, 900 F.2d 864, 866 (5th Cir. 1990). Therefore the respondents' motion to dismiss (Dkt. 5) is **GRANTED.** This habeas action is **DISMISSED as moot.**

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on September 30, 2026.

George C. Hanks Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE